STATE of Missouri, Respondent,

v.

Jesse SCOTT, Appellant.

No. WD 51227.

Missouri Court of Appeals,
Western District.

June 18, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

A jury convicted Jesse Scott of possessing marijuana and cocaine while being held in prison. He asserts that the circuit court plainly erred by requiring him to wear restraints at trial. He also asks us to review the prosecutor's closing argument as plain error. We do not find plain error in either case and, therefore, do not review the unpreserved issues pursuant to Rule 30.20. We affirm. Rule 30.25(b).

Randall E. RALSTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52151.

Missouri Court of Appeals,
Western District.

June 18, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Randall Ralston appeals the dismissal of his Rule 24.035 postconviction motion to vacate his judgment of conviction for possession of a controlled substance, section 195.202, RSMo Supp.1993, and sentence of twenty years imprisonment for being filed untimely. No precedential purpose exists in publishing a written opinion. The order dismissing the motion is affirmed by summary order. Rule 84.16(b).